■ Leonard Bogdanoff et al., Appellants, v Royal Globe Insurance Company, Respondent.—Order and judgment, Supreme Court, New York County, entered on March 18, 1975 and April 16, 1975, unanimously affirmed on opinion of Sarafite, J., at Special Term, and that the respondent

---

* Not published with other decisions of June 9, 1975, 48 AD2d 845. [Rep.

recover of the appellants $60 costs and disbursements of these appeals. No opinion. Concur—Murphy, J. P., Lupiano, Capozzoli, Lane and Nunez, JJ.